# LEE GREENSTEIN
### ATTORNEY AT LAW
-----------
TEL: (518) 475-9844
FAX: (518) 475-9846

125 ADAMS STREET, DELMAR, NY 12054

March 4, 2016

U.S. District Court Judge Gary L. Sharpe
United States Courthouse
445 Broadway
Albany, NY 12207

**RE: USA v. Brian Belanger – 14-cr-406**

Dear Judge Sharpe;

I am filing the two reports from Dr. Bashkoff which were inadvertently not included as attachments with the presentence memorandum I filed on March 2, 2016.

Thank you for your review of this submission.

Very truly yours,

Lee Greenstein
LDG/lg
Encls.
cc:     AUSA Lisa Fletcher
        U.S. Attorney's Office
        100 S. Clinton Street
        Syracuse, NY 13261

        Angela Bennett Rodriguez
        US Probation
        445 Broadway
        Albany, NY 12207